UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02289-WYD

GLORIA NARANJO, on behalf of Eugenio D. Naranjo (deceased),

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on the Stipulated Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ["EAJA"]. The motion asserts that the parties have conferred and agree that Plaintiff should be awarded attorney fees in this case pursuant to the EAJA in the amount of $4,200.00, subject to approval of the Court.

Having reviewed the motion, I find that an award of fees to Plaintiff under the EAJA is proper, that the amount of fees requested is reasonable, and that the Stipulated Motion should be granted. Accordingly, it is

ORDERED that the Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (doc. # 16 filed June 16, 2010) is **GRANTED**. In accordance therewith, it is

ORDERED that Defendant shall pay attorney fees in the amount of $4,200.00 to Plaintiff under the EAJA.

Dated June 16, 2010

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        Chief United States District Judge